THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CAROLINE M. BURGUNDER
Assistant United States Attorney
California Bar Number: 217330
   Room 7516 Federal Building
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-8805
   Facsimile: (213) 894-7819
   Email: Caroline.M.Burgunder@usdoj.gov

Attorneys for Federal Defendants Michael B. Mukasey, Michael Chertoff, Robert S. Mueller, III, Donald Neufeld, Jane Arellano, and the United States Citizenship and Immigration Services

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICARDO ORDONEZ; SOCORRO C. ORDONEZ; DECEREEH JEAN C. ORDONEZ; MARY JAZZLE C. ORDONEZ,**<br>          **Plaintiff(s),**<br>v.<br>**MICHAEL B. MUKASEY, Attorney General, Department of Justice; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ROBERT S. MUELLER, III, Director of the United States Federal Bureau of Investigation; DONALD NEUFELD, Director of the Untied States Citizenship and Immigration Services, California Service Center; JANE ARELLANO, District Director of the United States Citizenship and Immigration Services, Los Angeles District Office; and the UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,**<br>          **Defendants.** | No. CV07-07190 SVW (PLAx)<br><br>**ORDER RE STIPULATION OF DISMISSAL**<br><br>Honorable Stephen V. Wilson |

1  IT IS HEREBY ORDERED that pursuant to Rule 41(a)(1) of the
2  Federal Rules of Civil Procedure and the parties' stipulation, the above action is
3  dismissed as moot, with each party to bear its own costs and fees, including
4  attorney fees.
5  September 2, 2008  _____
    THE HONORABLE STEPHEN V. WILSON
6                   United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28